# *EXHIBIT A*

**LAW OFFICES OF OMID NIKNAM, P.C.**
BY: OMID NIKNAM, ESQUIRE
ATTORNEY I.D. # 64589
1500 Walnut Street, 7th Floor
Philadelphia, PA 19102
(215) 568-1570

Attorney for Plaintiff



*Filed and Attested by the Office of Judicial Records 25 JUL 2022 08:53 am S. GILLIAM*

| | | |
|---|---|---|
| Halima Ba | : | COURT OF COMMON PLEAS |
| | : | OF PHILADELPHIA COUNTY |
| *Plaintiff* | : | |
| v. | : | |
| | : | NUMBER: 220701082 |
| Best Buy | : | |
| | : | |
| *and* | : | |
| | : | |
| Best Buy Company, Inc. | : | |
| | : | |
| *Defendants* | : | |

### AFFIDAVIT OF SERVICE

I do hereby certify that service of the Complaint in the above-captioned matter was made by first class and certified mail on the 18th day of July 2022, upon the Defendant Best Buy Company, Inc. Exhibit A is the certified mail return receipt.

TO:   Best Buy Company, Inc.
      7601 Penn Avenue South
      Richfield, MN 55423

_____
Omid Niknam

Affirmed to and subscribed
before me on this 24 day of July, 2022

*Erin McKenna*
Notary Public

COMMONWEALTH OF PENNSYLVANIA - NOTARY SEAL
Erin McKenna, NOTARY PUBLIC
Philadelphia County
My Commission Expires 07/22/2025
Commission Number 1396848

Case ID: 220701082

# Exhibit A

Case ID: 220701082

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☑ Agent ☐ Addressee<br>B. Received by (Printed Name): LaCrax<br>C. Date of Delivery: 7/18/22 |
| 1. Article Addressed to:<br>Best Buy Company, Inc.<br>7601 Penn Avenue south<br>RichField, MN 55423 | D. Is delivery address different from item 1? ☐ Yes ☐ No<br>If YES, enter delivery address below: |
| 9590 9402 5506 9249 6914 08 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☑ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Restricted Delivery (over $500)<br>☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. 7015 1730 0000 4334 6198 | |
| PS Form 3811, July 2015 PSN 7530-02-000-9053 | Domestic Return Receipt |

# Court of Common Pleas of Philadelphia County
## Trial Division
# Civil Cover Sheet

**For Prothonotary Use Only (Docket Number)**

JULY 2022

E-Filing Number: 2207024543

**001082**

| | |
|---|---|
| **PLAINTIFF'S NAME** <br> HALIMA BA | **DEFENDANT'S NAME** <br> BEST BUY |
| **PLAINTIFF'S ADDRESS** <br> 2500 SOUTH 68TH STREET <br> PHILADELPHIA PA 19142 | **DEFENDANT'S ADDRESS** <br> 2300 S. CHRISTOPHER COLUMBUS <br> PHILADELPHIA PA 19148 |
| **PLAINTIFF'S NAME** | **DEFENDANT'S NAME** <br> BEST BUY COMPANY, INC. |
| **PLAINTIFF'S ADDRESS** | **DEFENDANT'S ADDRESS** <br> 7601 PENN AVENUE SOUTH <br> RICHFIELD MN 55423 |
| **PLAINTIFF'S NAME** | **DEFENDANT'S NAME** |
| **PLAINTIFF'S ADDRESS** | **DEFENDANT'S ADDRESS** |

| TOTAL NUMBER OF PLAINTIFFS | TOTAL NUMBER OF DEFENDANTS | COMMENCEMENT OF ACTION |
|---|---|---|
| 1 | 2 | [X] Complaint   [ ] Petition Action   [ ] Notice of Appeal <br> [ ] Writ of Summons   [ ] Transfer From Other Jurisdictions |

**AMOUNT IN CONTROVERSY**
- [ ] $50,000.00 or less
- [X] More than $50,000.00

**COURT PROGRAMS**
- [ ] Arbitration
- [X] Jury
- [ ] Non-Jury
- [ ] Other:
- [ ] Mass Tort
- [ ] Savings Action
- [ ] Petition
- [ ] Commerce
- [ ] Minor Court Appeal
- [ ] Statutory Appeals
- [ ] Settlement
- [ ] Minors
- [ ] W/D/Survival

**CASE TYPE AND CODE**
2S - PREMISES LIABILITY, SLIP/FALL

**STATUTORY BASIS FOR CAUSE OF ACTION**

**RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER)**

FILED
PRO PROTHY
JUL 14 2022
A. STAMATO

**IS CASE SUBJECT TO COORDINATION ORDER?**   YES   NO

---

## TO THE PROTHONOTARY:

Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant: HALIMA BA

Papers may be served at the address set forth below.

| NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY <br> OMID NIKNAM | ADDRESS <br> LAW OFFICES OF OMID NIKNAM <br> 1500 WALNUT ST <br> 7TH FLOOR <br> PHILADELPHIA PA 19102 |
|---|---|
| **PHONE NUMBER** (215)568-1570 | **FAX NUMBER** (215)751-0658 |
| **SUPREME COURT IDENTIFICATION NO.** <br> 64589 | **E-MAIL ADDRESS** <br> oniknam@comcast.net |
| **SIGNATURE OF FILING ATTORNEY OR PARTY** <br> OMID NIKNAM | **DATE SUBMITTED** <br> Thursday, July 14, 2022, 11:03 am |

FINAL COPY (Approved by the Prothonotary Clerk)

**LAW OFFICES OF OMID NIKNAM, P.C.**
BY: OMID NIKNAM, ESQUIRE
ATTORNEY I.D. # 64589
1500 Walnut Street, 7th Floor
Philadelphia, PA 19102
(215) 568-1570

Attorney for Plaintiff

*Filed and Attested by the Office of Judicial Records 14 JUL 2022 11:03 am A. STAMATO*

---

| | |
|---|---|
| Halima Ba<br>2500 South 68th Street<br>Philadelphia, PA 19142<br><br>*Plaintiff*<br>v.<br><br>Best Buy<br>2300 S. Christopher Columbus Boulevard<br>Philadelphia, PA 19148<br><br>*and*<br><br>Best Buy Company, Inc.<br>7601 Penn Avenue South<br>Richfield, MN 55423<br><br>*Defendants* | COURT OF COMMON PLEAS<br>OF PHILADELPHIA COUNTY<br>JULY TERM, 2022<br><br><br>NUMBER: |

**"NOTICE"**

"You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the Complaint or for any other claim or relief required by the plaintiff. You may lose money or property or other rights important to you."

"YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP."

PHILADELPHIA BAR ASSOCIATION
LAWYER REFERRAL and INFORMATION SERVICE
1101 Market Street, 11th Floor
Philadelphia, PA 19107
(215) 238-6333

**"AVISO"**

"Le han demandado a usted en la corte. Si usted quiere defenderse de estas demandas expuestas en las paginas siguientes, usted tiene veinte (20) dias, de plazo al partir de la fecha de la demanda y la notificación. Hace falta asentar una comparencia escrita sus defensas o sus objeciones a las demandas en contra de su persona. Sea avisado que si usted no se defiende, la corte tomara medidas y puede continuar la demanda en contra suya sin previo aviso o notificación. Ademas, la corte pue decidir a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda. Usted pueda perder dinero o sus propiedades us otros derechos importantes para usted."

"LLEVE ESTA DEMANDA A UN ABOGADO INMEDIATAMENTE. SI NO TIENE ABOGADO O SI NO TIENE EL DINERO SUFICIENTE DE PAGAR TAL SERVICIO, VAYA EN PERSONA O LLAME POR TELEFONO A LA OFICINA CUYA DIRECCION SE ENCUENTRA ESCRITA ABAJO PARA AVERIGUAR DONDE SE PUEDE CONSEGUIR ASSISTENCIA LEGAL."

ASSOCIACION DE LICENDIADOS DE FILADELFIA
SERVICIO DE REFENDIA E INFORMACION LEGAL
1101 Market Street, 11th Floor
Filadelfia, Pennsylvania 19107
Telefono: (215) 238-6333

Case ID: 220701082

## COMPLAINT

Plaintiff, by and through her attorneys, Omid Niknam, Esquire and Law Offices of Omid Niknam, P.C., hereby bring this Complaint and aver as follows:

1. Plaintiff Halima Ba is an adult individual who resides at 2500 South 68th Street, Philadelphia, PA 19102.

2. At all times material hereto, Defendant Best Buy, upon information and belief, conducted business in the Commonwealth of Pennsylvania with a business address located at 2300 South Christopher Columbus Boulevard, Philadelphia, PA 19148.

3. At all times material hereto, Defendant Best Buy Company, Inc., upon information and belief, conducted business in the Commonwealth of Pennsylvania with headquarters located at 7601 Penn Avenue South, Richfield, MN 55423.

4. At all material times material hereto, Defendants were owners, operators, partners, shareholders, possessed, managed, controlled, constructed, cleaned, maintained and/or repaired and items for their sale to consumers in the property located at 2300 South Christopher Columbus Boulevard (hereinafter "the Property").

5. On or about July 18, 2020, Plaintiff was lawfully present at the Property.

6. On that date, Plaintiff was walking while at or near the oven aisle at the Property when her ankle was impaled by a protruding nail from a wooden pallet.

7. Plaintiff sustained injuries as a result of the dangerous condition which existed within, on and around the said pallet at the Property.

8. As a result of the negligence and carelessness of the Defendants herein, Plaintiff suffered serious and painful injuries as hereinafter described.

9. Plaintiff was injured as a direct and proximate result of the aforementioned dangerous condition which existed in and upon the aforesaid Property, which at all times material hereto was under the ownership, supervision, control, management, and/or maintenance of the aforesaid Defendants.

10. Plaintiff believes and therefore avers that the Defendants were under video surveillance and that they had actual notice and/or constructive notice of the said dangerous condition prior to the aforesaid date when Plaintiff was seriously injured.

11. As a result of the aforesaid negligence, Plaintiff sustained serious and painful injuries, including but not limited to her foot and ankle and other ills and injuries some or all of which have required surgical repair, resulted in scarring, and are permanent in nature.

12. As a result of the aforesaid accident, Plaintiff has suffered great physical pain and mental anguish, all of which may be permanent in nature and continue in the future to her great detriment and loss.

13. As a result of the aforesaid accident, Plaintiff has been and may in the future be required to spend considerable sums of money for medical treatment in an effort to treat and cure herself of the injuries sustained as aforesaid, any and all of which may continue to her great financial loss and detriment.

14. Plaintiff has been, and may in the future be, unable to work due to her injuries, with consequent loss of earnings and impairment of her earning capacity.

15. Plaintiff, as a result of this accident, has suffered a loss of the enjoyment of her usual duties, life's pleasures and activities and a shortening of her life expectancy to her great detriment and loss.

16. Plaintiff, in no manner contributed to her injuries which resulted from the direct negligence of the Defendant individually, jointly, severally, and/or by and through their agents, servants, workmen, contractors, and/or employees.

### COUNT I – NEGLIGENCE
### HALIMA BA v. DEFENDANTS

17. Plaintiff hereby incorporates the averments contained in the proceeding paragraphs as though fully set forth herein.

18. The negligence and carelessness of the Defendants herein, individually, jointly, severally and/or by and through their agents, servants, workmen and employees, consisted of, but was not limited to, the following:

    (a) Allowed to remain and/or left unattended, in an open shopping area, a wooden pallet with a protruding nail and creating a hazardous situation;

    (b) Failed to discover, remove, correct, control, manage, maintain, service and/or supervise the wooden pallet at the Property, after it knew or should have known about the dangerous condition;

    (c) Said conditions were such that the pallet posed an unreasonable risk of injury to Plaintiff and other persons;

    (d) Allowed a wooden pallet to remain, at the Property, in a dangerous and unsafe condition;

    (e) Failed to properly inspect the wooden pallet at the Property, which would have revealed the existence of the dangerous

                condition posed by protruding nails to invitees, licensees, and others legally on the premises;

(f) Failed to give Plaintiff proper and due notice of the dangerous conditions which existed at the Property;

(g) Failed to place warnings or barricades at the point of accident to prevent the occurrence heretofore recited;

(h) Failed to give Plaintiff proper and adequate protection to which she was entitled;

(i) Permitted a nuisance and trap to exist on said Property and/or premises;

(j) Failed to inspect and/or negligently inspected the Property;

(k) Failed to use due care in the selection of a person and/or entity to maintain the upkeep and safety of the aisles;

(l) Was negligent as a matter of law; and

(m) Negligent in other respects which may well be pointed out during discovery or at the time of trial.

**WHEREFORE**, Plaintiff demands judgment against Defendants individually, jointly, severally and/or in the alternative, for damages in excess of Fifty Thousand ($50,000.00) Dollars, plus interest and costs, delay damages, damages pursuant to Pa.R.C.P. 238, as well as any further remedy deemed appropriate by this Court.

LAW OFFICES OF OMID NIKNAM, P.C.

Date: July 14, 2022

_____
OMID NIKNAM, ESQUIRE
Attorney for Plaintiff

4

Case ID: 220701082

## VERIFICATION

Plaintiff _Halima Ba_ verifies that the statements made in the foregoing pleading are true and correct to the best of his knowledge, information and belief. The undersigned understands that statements herein are made subject to the penalties set forth at 18 Pa.C.S. § 4904 relating to unsworn falsifications to authorities.

Date: _July 14, 2022_                    _Halima Ba_

Case ID: 220701082